**Mustafa CETIN; Sevil Cetin, Petitioners,**

v.

**U.S. IMMIGRATION & NATURAL- IZATION SERVICE; John Ashcroft, Respondents.**

No. 02–1315.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Jan. 6, 2003.

Eliot Norman, Patricia A. Collins, McCandlish Holton, P.C., Richmond, Virginia, for Petitioners. Robert D. McCallum, Jr., Assistant Attorney General, Christopher C. Fuller, Senior Litigation, Jennifer A. Parker, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondents.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mustafa Cetin and Sevil Cetin, natives and citizens of Turkey, petition for review of an order of the Board of Immigration Appeals (Board) adopting the decision of the Immigration Judge (IJ) and denying Mustafa Cetin's application for asylum and withholding of deportation.* We have re-

viewed the administrative record and find that substantial evidence supports the Board's and IJ's conclusion that Cetin failed to establish a well-founded fear of persecution necessary to qualify for relief from deportation. *See* 8 U.S.C.A. § 1105a(a)(4) (1994); 8 C.F.R. § 208.13(b)(2)(i) (2001); *Huaman–Cornelio v. Board of Immigration Appeals,* 979 F.2d 995, 999 (4th Cir.1992); *M.A. v. INS,* 899 F.2d 304, 307, 313 & n. 6 (4th Cir.1990) (en banc).

Accordingly, we affirm the Board's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

___

* Sevil Cetin's claim is derivative of her husband's claim for asylum.